UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVARO SANCHEZ-AGUILAR, et al.,<br><br>                Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>                Defendants. | NO. CV-10-122-RHW<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION FOR LACK OF JURISDICTION |

      Plaintiff, a federal prisoner currently housed at the Airpark Unit Corrections Center in Big Springs, Texas, brings this action, purportedly under 42 U.S.C. § 1983 and "2255." This is substantially the same document previously filed in cause number CV-10-044-RHW, which was dismissed for lack of jurisdiction on March 24, 2010. After review of the complaint and Plaintiff's application to proceed *in forma pauperis*, the court finds it lacks jurisdiction to consider claims regarding Plaintiff's current conditions of confinement as he is presently incarcerated outside this judicial district.

      Accordingly, **IT IS ORDERED** the application to proceed *in forma pauperis* is **DENIED** and the Complaint is **DISMISSED without prejudice** for lack of jurisdiction. The court finds it would not be in the interest of justice to transfer this action under 28 U.S.C. § 1631.

///

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION FOR LACK OF JURISDICTION -- 1

**IT IS SO ORDERED.** The District Court Executive is **DIRECTED** to enter this Order, enter judgment, forward copies to Plaintiff Alvaro Sanchez-Aguilar at his last known address and to Plaintiff Young Yil Jo at his last known address, and **close the file**. The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 27th day of April 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

`Q:\CIVIL\2010\Sanchez-Aguilar\10cv122rhw-4-20-disjx.wpd`

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION FOR LACK OF JURISDICTION -- 2